IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AARON WELLESLEY**  **PLAINTIFF**
**#186790**

v.   Case No. 4:25-CV-00344-LPR

**URSULA VON DER LEYEN,** *et al.*   **DEFENDANTS**

## ORDER

Plaintiff Aaron Wellesley filed this action *pro se*.[1] On April 23, 2025, the Court entered an Order directing Mr. Wellesley to either pay the filing fee or file a complete application to proceed *in forma pauperis*.[2] The Court warned Mr. Wellesley that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[3]

In the Order, the Court noted that Mr. Wellesley had provided an incomplete return address.[4] Nonetheless, the Court directed the Clerk to deliver the Order to Mr. Wellesley at the address provided, in addition to maintaining a copy of the Order for Mr. Wellesley in the Clerk's Office.[5] Predictably, Mr. Wellesley's mail was returned undelivered.[6] Mr. Wellesley has not complied with, or otherwise responded to, the Court's April 23rd Order, and the time for doing so has expired.

It is a plaintiff's obligation to provide the Clerk with a valid mailing address.[7] Because none has been provided, it would be futile to grant Mr. Wellesley an extension of time to comply

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3).

[3] *Id.*

[4] *Id.*

[5] *Id.*

[6] *See* Doc. 4.

[7] Local Rule 5.5(c)(2).

2

with the Court's instructions. Accordingly, Mr. Wellesley's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

    IT IS SO ORDERED this 27th day of May 2025.

                                                    _____
                                                    LEE P. RUDOFSKY
                                                    UNITED STATES DISTRICT JUDGE